UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL MCCAIN, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 3:23-cv-00129 |
| | ) Judge Eli J. Richardson |
| RUFFNER MOUNTAIN ELECTRICAL CONCEPTS, LLC, et al., | ) Magistrate Judge Jeffery S. Frensley |
| Defendants. | ) |

## FINAL ORDER

Michael McCain and James D. Hornsby ("Trustees") and the Southern Electrical Retirement Fund ("Plaintiff Fund") have moved the Court to enter a final order against Ruffner Mountain Electrical Concepts, LLC. ("Defendant"), and Richard R. Torres ("Torres") resolving all issues in this civil action (Docket Entry No. 24). All parties agree to the terms of the order and the motion is granted as follows:

1. Defendant and Torres attest they were served with the Complaint, Summons and Notice of Initial Case Management Conference on February 25, 2023.

2. Defendant and Torres are permanently enjoined to conform their conduct to the terms of 29 U.S.C. § 1145 in the future and are required to pay contributions and submit all payroll reports to the Plaintiff Fund on a timely basis.

3. The Clerk is directed to administratively close this civil action, subject to reopening in the event Defendant and/or Torres fail to conform their conduct to 29 U.S.C. § 1145.

IT IS SO ORDERED.

*Eli Richardson*
HONORABLE ELI J. RICHARDSON